**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose FIGUEROA–GUTIERREZ, Defendant–Appellant.**

No. 02–10055.

D.C. No. CR–01–00992–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Eric J. Markovich, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jose Figueroa–Gutierrez, Sheridan, OR, pro se., David Taylor Shannon, AFPD, Tucson, AZ, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

## MEMORANDUM**

Jose Figueroa–Gutierrez appeals his 41–month sentence imposed following his guilty plea to illegal reentry following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Figueroa–Gutierrez's counsel has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues warranting review. Accordingly, counsel's motion to withdraw is **GRANT-**

ED, and the district court's judgment is **AFFIRMED.**[1]

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. We decline to review any ineffective assistance of counsel claims on direct appeal. *See*

*United States v. Hanoum,* 33 F.3d 1128, 1131–32 (9th Cir.1994).

